UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>    -against-<br><br>MICHAEL FREEMAN,<br><br>            Defendant. | 02 Cr. 150 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Government shall respond to Mr. Freeman's motion (dkt. no. 259) no later than March 22, 2021.  Mr. Freeman may reply no later than April 5, 2021.

    SO ORDERED.

Dated:    New York, New York
          February 19, 2021

                                      _/s/ Loretta A. Preska_____
                                      LORETTA A. PRESKA
                                      Senior United States District Judge