UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>-against-<br><br>Michael Freeman,<br><br>                    Defendant. | No. 02 CR 150 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Michael Freeman's motion [dkt. no. 278] requesting a reduction of his sentence pursuant to the First Step Act of 2018. The Government shall respond to Mr. Freeman's motion by June 28, 2024. Mr. Freeman shall file any reply by July 26, 2024.

**SO ORDERED.**

Dated:    May 31, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge