```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
UNITED STATES OF AMERICA,           :
                                    :   02 CR 150 (LAP)
    -against-                       :
                                    :
MICHAEL FREEMAN,                    :   ORDER
                                    :
                Defendant.          :
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

    On December 12, 2023, the Court appointed Mr. Evan Lipton as CJA counsel for Mr. Freeman to assist with a motion for compassionate release pursuant to the First Step Act.  (See dkt. no. 277.)  On May 30, 2024, Mr. Freeman filed a pro se motion for compassionate release.  (See dkt. no. 278.)  CJA counsel and Mr. Freeman have both since reported an inability to connect with each other despite several attempts by counsel to reach Mr. Freeman.

    Accordingly, Mr. Freeman has until September 12, 2024 to contact Mr. Lipton at 917-924-9800 or ell@evanliptonlaw.com.  If Mr. Freeman fails to do so by September 12, 2024, then the Court will relieve Mr. Lipton of his appointment and consider Mr. Freeman's pro se submission as the operative brief.

    The Clerk of the Court is directed to mail a copy of this order and the docket sheet to Mr. Freeman.

**SO ORDERED.**

Dated:  New York, New York
        August 12, 2024

_____
LORETTA A. PRESKA
Senior United States District Judge