**Law Office of Evan L. Lipton**
**260 Madison Avenue, Floor 22**
**New York, New York 10016**
**(917) 924-9800**
ell@evanliptonlaw.com

September 18, 2024

<u>By ECF</u>
Hon. Loretta A. Preska
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: *United States v. Michael Freeman*,
         02 Cr. 150 (LAP)

Dear Judge Preska:

  I was assigned to represent Michael Freeman for purposes of an application for sentence reduction pursuant to the First Step Act. (D.E. 278.) Before I was able to communicate with Mr. Freeman, he submitted a *pro se* brief. Following consultation with Mr. Freeman I am writing to notify the Court that Mr. Freeman has authorized me to withdraw his *pro se* brief. I will work with Mr. Freeman to draft a new submission and will request a briefing schedule once it is filed.

         Respectfully yours,

         Evan L. Lipton
        *Attorney for Michael Freeman*

Cc: Gov't counsel (by ECF)

```
Mr. Freeman's pro se brief, (dkt. no. 278), is hereby
withdrawn.  The Clerk of the Court is directed to close
the open letter-motion filed at dkt. no. 288.
SO ORDERED.

Date:  09/27/24            _____
                           LORETTA A. PRESKA, U.S.D.J.
```