UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                    Plaintiff,                    02-CR-150(LAP)

-against-

MICHAEL FREEMAN,                                  ORDER

                    Defendant.

---

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the attached letter from Mr. Freeman reporting that Mr. Freeman has been unable to contact his attorney of record, Evan Lipton, regarding the status of this case. By June 19, 2026, Mr. Lipton shall file a letter confirming that he has contacted Mr. Freeman and advised him of any relevant developments.  Mr. Lipton shall also provide the Court with an update on the status of his case and any pending motions.

The Clerk of Court shall update Mr. Freeman's address of record and mail a courtesy copy of this letter of this Order to Mr. Freeman.  However, Mr. Lipton is also reminded that he remains counsel of record and is responsible for providing notice of all filings to his client.

**SO ORDERED.**

Dated:    New York, New York
          June 9, 2026

_____
LORETTA A. PRESKA
Senior United States District Judge

Date 3-31-26

Honorable Judge Loretta A. Preska
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

Michael Reeman
#51279-054
F.C.I. Pollock Medium
Federal Correctional Institution
P.O. Box 4050
Pollock, Louisiana 71467

Dear Judge Loretta A. Preska

Your Honor Preska. This letter is to address
my Evan lipton not contacting Me.
    For about 5 months now I haven't heard
anything from MR. Evan lipton about my case
or what is happening. Your Honor Preska, You
told me in the past " if I Don't hear anything
from MR. lipton or he haven't contact you; to
let You know Your Honor".
    Well I haven't hear anything from MR.
lipton in months now. I do not know what is
going with my case! and my family keep
calling and messaging MR. lipton, but he is not
Responding to anything Your Honor Preska.
    Your Honor Preska I would like a copy
of my Docket Sheet Please.
                Thank You.

Your Honor Preska

I'm in F.C.I Pollock Medium
Federal Correctional Institution.
P.O. Box 4060
Pollock, Lousiana 71467

This is my New Address for The past 2 years
now.
Please Send all my mail To This
Address Thank you.

Respectfully Sumitted
Michael Freeman
# 51279-054

Date 6/31/2026



Legal Mail

Retail

[barcode] 10007

RDC 99

Date 5-31-26

...oretta A. Preska
...rict Court
...f New York

...10007

...dium
...l Institution

...1467

FEDERAL CORRECTIONAL COMPLEX
POLLOCK, LA
DATE: 6-1-2026

Loretta A. Preska

This letter is to address ... contacting me. ... months now ... haven't heard ... Evan Lipton about my case ... Your Honor Preska, You ... "if I Don't hear anything from MR. Lipton or he haven't contact you; to let You Know Your Honor".

Well I haven't hear anything from MR. Lipton in Months now. I do not know what is going with my Case! and my family keep calling and messaging MR. Lipton but he is not Responding to anything Your Honor Preska.
Your Honor Preska I would like a copy of my Docket Sheet Please.
Thank You.