UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL FREEMAN,<br><br>Defendant. | : | 02-cr-150 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Mr. Freeman's July 7, 2026 letter requesting 1) new counsel to file a motion pursuant to 18 U.S.C. Section 3582(c)(2)(A), and 2) a copy of docket numbers 288 and 289.

In connection with his motion to withdraw, Mr. Freeman's counsel noted "Since [my appointment] I have continued to research and analyze potential bases for relief under Section 3582(c)(2)(A). At this time I do not know of any cognizable basis for such relief, including the grounds raised in Mr. Freeman's pro se submission, that was not raised in the previously denied motion." Thus, appointing new counsel at this time would be futile. Accordingly, Mr. Freeman's request for new counsel is denied without prejudice to his renewing his request if either Mr. Freeman's facts change or the law changes.

The Clerk of the Court shall send Mr. Freeman copies of docket numbers 288 and 289.

**SO ORDERED.**

Dated: New York, New York
July 22, 2026

Loretta A. Preska

LORETTA A. PRESKA
SENIOR UNITED STATES DISTRICT JUDGE